UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ABBOS MIRDJALILOV,           :
      Petitioner,           :
            :
  v.           :  No. 2:25-cv-7068
            :
WARDEN of Federal Detention Center           :
Philadelphia, *et al.*,           :
    Respondents.           :

_____

**O R D E R**

**AND NOW,** this 6th day of January, 2026, upon consideration of Petitioner Abbos Mirdjalilov's Petition for Writ of Habeas Corpus, ECF No. 1; and Respondents' Response in Opposition thereto, ECF No. 2; **IT IS ORDERED THAT:**

  1.  **No later than January 12, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

  2.  Petitioner **SHALL NOT** be transferred outside the Eastern District of Pennsylvania while the above-captioned action is pending.

              BY THE COURT:

              */s/ Joseph F. Leeson, Jr.*_____
              JOSEPH F. LEESON, JR.
              United States District Judge