UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ABBOS MIRDJALILOV,                              :
        Petitioner,                              :
                                                            :
        v.                                             :     No.  2:25-cv-7068
                                                            :
WARDEN of Federal Detention Center      :
Philadelphia, *et al.*,                              :
        Respondents.                           :
_____

# O R D E R

**AND NOW,** this 13th day of January, 2026, upon consideration of the Order dated January 6, 2026, setting a deadline for Petitioner's reply and directing that Petitioner not be transferred outside the Eastern District of Pennsylvania while the above-captioned action is pending, *see* ECF No. 3, and of Respondent Counsel's letter to the Court, dated January 9, 2026, advising that "the petitioner was transferred to the Moshannon Valley Processing Center in the Middle District of Pennsylvania about two weeks before the Court's order—on December 20, 2025.," *see* ECF No. 4, **IT IS ORDERED THAT**:

Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge