UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

ABBOS MIRDJALILOV, :
    Petitioner, :
     :
v. : No. 2:25-cv-7068
     :
WARDEN of Federal Detention Center :
Philadelphia, *et al.*, :
    Respondents. :

---

## **ORDER**

**AND NOW**, on this 23rd day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1; Respondents' Response in Opposition, ECF No. 2; Petitioner's Reply, ECF No. 7; and for the reasons set forth in the Opinion issued this date; it is hereby **ORDERED THAT**:

The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED**, as follows:

1. Petitioner Abbos Mirdjalilov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. **Within seven (7) days of the date of this Order**, Respondents SHALL provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. If a bond hearing is not held before an Immigration Judge within seven (7) days, the Government shall immediately RELEASE Petitioner from custody; and

4. The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge